B&N File #15386.0AS

**FILED**
**CLERK**

3:12 pm, May 17, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK (Central Islip)

========================================= :
: 
**JOHN LAPATA SR. on behalf of himself and** : 2:21-cv-00989 (JMA)(ARL)
**and all others similarly situated** :
: 
   Plaintiff (s) :
:
        vs. :
: Case closed.
: SO ORDERED.
**AMERIFINANCIAL SOLUTIONS, LLC,** : /s/ JMA, USDJ
: 5/17/2021
   Defendant :
:
========================================= :

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, John Lapata, Sr. and undersigned counsel for Defendant Amerifinancial Solutions, LLC in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated:  May 17, 2021


   /s/Mitchell L Williamson                   /s/ Ben A. Kaplan
Mitchell L. Williamson, Esq.              Ben A. Kaplan, Esq.
Barron & Newburger, P.C.                  Chulsky Kaplan LLC
458 Elizabeth Ave - Suite 5371            280 Prospect Ave – 6G
Somerset, New Jersey  08873               Hackensack, New Jersey 07601
Telephone: (732) 732-328-9480             Telephone: (201) 803-6611
mwilliamson@bn-lawyers.com                ben@chulskykaplan.com
**Attorneys for Defendant**                **Attorneys for Plaintiff**
**Amerifinancial Solutions, LLC**          **John Lapata, Sr.**